" 3. If the second question be answered in the affirmative were the original papers supplemented by the additional affidavits sufficient in law to uphold the order of arrest? "

*C. Bertram Plante* for appellant.

*Clarence V. S. Mitchell* for respondent.

Judgment affirmed, with costs; second and third questions certified answered in the affirmative; first question not answered; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

HARRY WEISS, Appellant, *v.* CLARENCE J. HOUSMAN et al., Respondents.

*Contract — sale — purchase of bonds to be deposited in bank in Germany — action to recover missing bonds and coupons.*

*Weiss* v. *Housman*, 204 App. Div. 152, affirmed.

(Argued June 12, 1923; decided July 13, 1923.)

APPEAL from a judgment, entered January 29, 1923, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing a dismissal of the complaint which alleged a contract of sale evidenced by the following writing: " Received from Mr. Harry Weiss, 90 Congress Street, Troy, N. Y., $7,450.08, in payment for £2,000 4½ Japanese Bonds Second Series German-stamped (73⅛ net and accrued interest), the bonds to be deposited at the Dresdner Bank, Berlin, which institution will hold said bonds, free of charge, subject to the order of Mr. Weiss, and thus under his sole control.

" We further agree to furnish a receipt of the Dresdner Bank, setting forth the above, within a reasonable time.

" A. A. HOUSMAN & CO."

It was alleged that delivery was subsequently made to plaintiff of but 79 instead of 100 bonds and that from each of the bonds delivered seven coupons had been

removed without his authority. This action was to recover the value of the missing bonds and coupons.

*John T. Norton* and *Frederick C. Filley* for appellant. *Ira Skutch* and *Benjamin F. Feiner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

A. W. SMITH & COMPANY, Appellant, *v.* LINCOLN TRUST COMPANY et al., as Executors of CHISHOLM BEACH, Deceased, Respondents.

*Services — decedent's estate — action to recover for services alleged to have been rendered to decedent in his lifetime.*

*Smith & Co.* v. *Lincoln Trust Co.*, 206 App. Div. 610, affirmed.
(Argued June 12, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 21, 1923, affirming a judgment in favor of defendants entered upon a verdict. The action was brought to recover a sum alleged to be due the plaintiff from the estate of defendants' testator for services rendered to the decedent during his lifetime by the plaintiff as expert accountant in connection with the investigation and inquiry into the handling of certain trust funds by decedent's uncle. The only issue was as to the terms of the employment. Plaintiff claimed that it was to receive the reasonable value of the services rendered. Defendants claimed that by the agreement with decedent, plaintiff's compensation was to be contingent upon a recovery and that if nothing was recovered from decedent's uncle plaintiff would be entitled only to be reimbursed for actual disbursements made in connection with the investigation. Plaintiff admitted that such disbursements had been repaid.

*De Coursey Fales* and *Benjamin H. Trask* for appellant. *Middleton S. Borland* and *Percy F. Griffin* for respondents.